IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | : | **CONSOLIDATED UNER MDL 875** |
| **LIABILITY LITIGATION (No. VI)** | : | |
| | : | |
| WILLIAM BOESENHOFER, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| AECOM, et al. | : | CIVIL ACTION NO. 17-1072 |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 8th day of October, 2019, the court having lifted the stay of the case, see Doc. 295, and after a scheduling conference with counsel, it is hereby

**ORDERED**

that:

1. The parties shall complete any additional expert, medical, and bankruptcy trust discovery, and serve any revised expert reports, by **January 10, 2020**.

2. Plaintiffs shall submit a written status report as to whether they will withdraw their claims as to a particular defendant by **January 24, 2020**.

3. Plaintiffs' supplemental expert reports must be completed and served by **February 10, 2020.**

4. Defendants' supplemental expert reports must be completed and served by **March 10, 2020.**

5. Expert discovery and depositions pertaining to the supplemental reports must be completed by **April 10, 2020**.

6. Supplemental summary judgment motions must be filed by **May 11, 2020**.

7. Responses to supplemental summary judgment motions must be filed by **June 12, 2020**.

8. Replies to supplemental responses to summary judgment motions (if any) must be filed by **June 26, 2020.**

7. After summary judgment motions are ripe, the case will be stayed until disposition of the motions and further order of the court.

BY THE COURT:

_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge