## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | } } } } } } | |
| THIS DOCUMENT RELATES TO: | | |
| WILLIAM BOESENHOFER and DIANE BOESENHOFER, h/w, | } } } | E.D. Pa. No. 2:17-cv-01072 |
| Plaintiffs, | } } | |
| v. | } } | Jury Trial Demanded |
| CRANE CO., et al., | } } | AMENDED NEW MATTER AND NOTICE OF SETTLEMENT |
| Defendants. | } } } } | |

## DEFENDANT CRANE CO.'S AMENDED NEW MATTER AND NOTICE OF SETTLEMENT

AND NOW, comes the defendant, Crane Co., by and through its counsel Swartz Campbell LLC,

and files the following Amended New Matter and Notice of Settlement:

1. Plaintiffs and Crane Co. have entered into a settlement agreement for claims against

    Crane Co. Each side is to bear its own costs.

2.  The settlement and release are pleaded as a defense to any and all claims and cross-

claims against Crane Co.

Respectfully Submitted,

**SWARTZ CAMPBELL LLC**

_____

G. Daniel Bruch, Jr., Esquire
Attorneys for Defendant Crane Co.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Defendant Crane Co.'s Amended New

Matter and Notice of Settlement was filed of record, and sent to Plaintiffs' counsel and all

counsel of record, via the ECF, on March 28, 2022.

**SWARTZ CAMPBELL, LLC**

G. Daniel Bruch, Jr.

Dated:  March 28, 2022